■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FABRICIO VAGARA, Appellant. [817 NYS2d 196]—Judgment, Su-

preme Court, New York County (Leslie Crocker Snyder, J., at plea; Charles Solomon, J., at sentence), rendered February 19, 2004, unanimously affirmed. No opinion. Order filed. Concur—Tom, J.P., Friedman, Sullivan, Catterson and Malone, JJ.